Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.

———————

Supreme Court, Kings Special Term, January, 1901.   Unreported.

PEOPLE ex rel. DAVID STEVENSON BREWING COMPANY, (Barry) *v.* HENRY H. LYMAN.

*McCrea, Somerville & Taylor,* for plaintiff.

*P. W. Cullinan,* for defendant.

DICKEY, J. Motion for a peremptory writ of mandamus denied. Relator may have alternative writ if he wishes. Fallert Brewing Co. case is an essentially different case from this.